# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                            NO. 4:12CR00071-001  SWW

RACIE NELSON PHILLIPS                                           DEFENDANT

## ORDER

Pending before the Court is defendant's motion to correct the sentencing of the defendant [doc #149]. After a review of the pleading, the Court is of the opinion that a response by the government would facilitate the resolution of this motion. The Court therefore directs the government to respond to the pleading on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 25th day of September 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE